SOPHIE CHARANIS et al., Appellants, *v.* R. H. MACY & Co.,
INC., Respondent.

Submitted November 13, 1939; decided November 15, 1939.

*Henry D. Sforza* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellants perfect appeal, in which event the motion is denied.